**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **DOY WARDEN, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 20-00995-CV-W-GAF** |
| | ) | |
| **CITY OF KANSAS CITY, MISSOURI** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL ACTION

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED that:

1.    Count II of Plaintiffs' operative pleading (Doc. # 1-1) is DISMISSED WITHOUT PREJUDICE upon agreement of the parties.

2.    Plaintiffs' Motion to Remand (Doc. # 6) is GRANTED.

3.    The case is REMANDED to the Circuit Court of Jackson County, Missouri at Kansas City for all further proceedings.

Dated:    January 26, 2021            PAIGE WYMORE-WYNN
                                    Clerk of Court

Entered: January 26, 2021           /s/ Lisa Mitchell
                                    (By) Deputy Clerk